1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>            Plaintiffs,<br><br>       v.<br><br>SAMROD CORPORATION, a California corporation,<br><br>            Defendant. | CASE NO.:  2:14-cv-07238-DDP-MAN<br><br>ASSIGNED TO THE HONORABLE DEAN D. PREGERSON<br><br>**JUDGMENT** |

~6824309.DOC

1    Plaintiffs' motion for default judgment came on regularly for hearing on June 22,

2   2015, in the above-referenced Court, the Honorable Dean D. Pregerson, United States

3   District Judge, presiding.  Appearances were stated on the record.

4    After full consideration of the evidence, and the authorities submitted by counsel,

5   and for good cause shown:

6    IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that plaintiffs

7   Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers

8   Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday

9   Savings Trust and Trustees of the Operating Engineers Training Trust shall recover

10  from defendant Samrod Corporation, a California corporation, the principal amount of

11  $12,434.55, plus attorneys' fees of $5,866.00, costs of $736.67, and post-judgment

12  interest as provided by law from the date of entry of the judgment herein.

13

14  DATED: JUNE 22, 2015

15

16    UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] JUDGMENT

~6824309.DOC